The LEAGUE OF WOMEN VOTERS of Arkansas *v.*
Sharon PRIEST, in Her Official Capacity as
Secretary of State of the State of Arkansas

98-1093                                    973 S.W.2d 796

Supreme Court of Arkansas
Opinion delivered September 11, 1998

*Wright, Lindsey & Jennings LLP* , by: *John G. Lile* and *Stephen R. Lancaster*, for petitioner.

*Winston Bryant*, Att'y Gen., by: *Tim Humphries*, Ass't Att'y Gen., for respondent.

*Oscar Stilley*, for intervenor John Hoyle.

PER CURIAM. On September 4, 1998, an original action was filed in this court seeking an order invalidating a proposed constitutional amendment offered under Amendment 7 to the Arkansas Constitution; enjoining the respondent from placing the proposed initiated constitutional amendment on the November 3, 1998, General Election ballot; and directing that any votes cast thereon not be counted or certified because the ballot title is defective. Complainants' motion for expedited scheduling order was filed September 4, 1998.

An expedited briefing schedule is established as follows:

Complainants' abstract and brief to be filed by September 18, 1998; all response briefs to be filed by October 1, 1998; and com-

plainants' reply brief to be filed by October 6, 1998; oral argument is scheduled for Thursday, October 8, 1998, at 9:00 a.m.

The motion for expedited scheduling order is, therefore, granted.